M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2009 DEC 21 A 10: 30
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

CLARENCE EARL EGAN )
Full name and prison name of )
Plaintiff(s) )
)
v. )
) CIVIL ACTION NO. 1:09-CV-1151-TMH-WC
COFFEE COUNTY JAIL ) (To be supplied by Clerk of U.S. District
) Court)
ADMINSTRATION )
_____ )
_____ )
Name of person(s) who violated your )
constitutional rights. (List the names )
of all the person.) )

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☑ No ☐

    B.  Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ☑ NO ☐

    C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) Oct 4 my NOSE WAS INJured Dec 14
            I WENT TO A FREE WORLD DOC
            (I WAS DENIED MED ATTENTION)
            Defendant(s) COFFEE COUNTY JAIL STAFF

        2.  Court (if federal court, name the district; if state court, name the county)
            District Court of the United States
            For the Middle District of AlA
            Southern Division (Coffee County)

3. Docket number **6-1**
4. Name of judge to whom case was assigned **S/ WAllACE CAPEL JR.**
5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) **Still pending**
6. Approximate date of filing lawsuit **11/16/2009**
7. Approximate date of disposition ___

II. PLACE OF PRESENT CONFINEMENT **COFFE COUNTY JAIL**

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED **COFFE County Jail**

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME / ADDRESS
1. **COFFEE COUNTY JAIL ADMINSTRATION** — **Coffee County Jail 4 County Complex NEW Brockton AL 36351-9701**
2. ___
3. ___
4. ___
5. ___
6. ___

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED **Dec 14**

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: **(NO MEDICAL ATTENTION) Oct 6/ My Nose was injured.**

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

DEC 14 I Finally went to A Free world doctor. I was Denied medical Attention because I had No money on this same day of Dec 14. I know for A Fact that the or this Jail is responsible. The incident happen here in this Jail.

GROUND TWO: sick call slips, Grievances and request slips have been Filed.

SUPPORTING FACTS: I have original copies OF everthing

GROUND THREE: _____

SUPPORTING FACTS: _____

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

1. SUE this County Jail (Coffee). 4 No med Attanta
2. Help me Get some kind of Relief with my Medical Problem and for my Pain and Suffering.
3. Tell this Jail to send you my intake picture. The Picture when I 1st came to this Jail.

Clarence Earl Egan
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  DEC 15 09
(Date)

Clarence Earl Egan
Signature of plaintiff(s)

CLARENCE EARL Egan
Coffee County Jail
4 County Complex
New Brockton AL 36351-9701



OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY ALA 36101-0711

THIS CORRESPONDENCE CAME
FROM COFFEE COUNTY JAIL
INMATE MAIL
NOT RESPONSIBLE FOR ANY CONTENTS