IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CLARENCE EARL EGAN, #234182,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| v.  ) | CASE NO. 1:09-cv-1151-TMH |
| ) | |
| ) | |
| RICHARD B. MOSS, *et al.*,  ) | |
| ) | |
| Defendants.  ) | |

**ORDER**

The Magistrate Judge entered a Recommendation (Doc. #30) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED as follows:

a. the Recommendation (Doc. #30) of the Magistrate Judge is ADOPTED;

b. Defendants' Motion for Summary Judgment is GRANTED to the extent Defendants seek dismissal of this case due to Plaintiff's failure to exhaust administrative remedies previously available to him at the Coffee County Jail; and

c. this case is DISMISSED with prejudice, in accordance with the provisions of 42 U.S.C. § 1997e(a), due to Plaintiff's failure to properly exhaust

administrative remedies previously available to him at the Coffee County Jail.

A separate judgment shall issue.

Done this 8th day of March, 2011.

/s/ Truman M. Hobbs

UNITED STATES DISTRICT JUDGE